```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :      INFORMATION
                                     :
            -v.-                     :      14 Cr. 303
                                     :
MICHAEL DUCH,                        :
                                     :
            Defendant.               :
                                     :
- - - - - - - - - - - - - - - - - - x
```

ORIGINAL

COUNT ONE

(Distribution and Possession with the Intent to Distribute a Controlled Substance)

The United States Attorney charges:

1. In or about September 2013, in the Southern District of New York and elsewhere, MICHAEL DUCH, the defendant, intentionally and knowingly did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The controlled substance involved in the offense was 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(B); Title 18, United States Code, Section 2.)

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/14

FORFEITURE ALLEGATION

3.  As a result of committing the controlled substance offense alleged in Count One of this Information, MICHAEL DUCH, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation.

4.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third person;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

*Preet Bharara*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

MICHAEL DUCH,

Defendant.

INFORMATION

14 Cr. 303

(Title 21, United States Code,
Sections 812, 841(a)(1), 841(b)(1)(B);
Title 18, United States Code, Section
2.)

PREET BHARARA
United States Attorney.

1