UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -                       :      **INFORMATION**

MICHAEL DUCH,                    :      S1 14 Cr. 303 (VB)

           Defendant.     :

- - - - - - - - - - - - - - - - - x

(USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 12/10/14)

## COUNT ONE

The United States Attorney charges:

1.   In or about 2013, in the Southern District of New York and elsewhere, MICHAEL DUCH, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that MICHAEL DUCH, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

3.   The controlled substances that MICHAEL DUCH, the defendant, conspired to distribute and possess with the intent to distribute were: (a) 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B); (b) mixtures and substances containing a detectible amount of

hydrocodone, a Schedule III controlled substance at the times charged in this Information, in violation of Title 21, United States Code, Section 841(b)(1)(E); and (c) mixtures and substances containing a detectible amount of clonazepam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(b)(2).

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

4.  As a result of committing the controlled substance offense charged in Count One of this Information, MICHAEL DUCH, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in Count One of this Information.

#### Substitute Assets Provision

5.  If any of the above-described forfeitable property, as a result of any act or omission of MICHAEL DUCH, the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

*[signature]*

PREET BHARARA
United States Attorney