

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-8-15

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

January 8, 2015

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 1/8/15
White Plains, NY

BY ELECTRONIC MAIL

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *United States* v. *Michael Duch*,
            14 Cr. 303 (VB)

Dear Judge Briccetti:

    The Government writes respectfully to request that the plea in this case be unsealed.

    On December 10, 2014, Michael Duch, the defendant, pled guilty before Your Honor pursuant to a cooperation agreement. In light of the nature of the plea, this Court sealed the minutes of that plea hearing.

    The Government is presently considering calling Duch as a witness in *United States* v. *Ross William Ulbricht*, 14 Cr. 68 (KBF), and, in accord with usual practice in this district, plans to disclose certain materials pursuant to Federal Rule of Criminal Procedure 26.2, Title 18, United States Code, Section 3500, and *Giglio* v. *United States*, 405 U.S. 150 (1972), and its progeny, commonly referred to as "3500 material," in advance of Duch's testimony. The minutes of Duch's plea would be among the 3500 material. Accordingly, the Government respectfully requests that the minutes of Duch's plea proceeding be unsealed so that the Government may disclose it to Ulbricht as part of Duch's 3500 material.

    Because this letter refers to a proceeding that is under seal, the Government will not file it publicly until and unless this Court endorses the letter.

Hon. Vincent Briccetti
January 8, 2015
Page 2 of 2

    Please feel free to contact me with any questions or issues.

                                         Respectfully submitted,

                                         PREET BHARARA
                                         United States Attorney

By:   *Michael D. Maimin* (digitally signed)

                                         Michael D. Maimin
                                         Assistant United States Attorney
                                         (914) 993-1952

cc: Sam Braverman, Esq. (via electronic mail)