

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
Sbraverman@fbdmlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/15

February 10, 2015

*Via fax: (914) 390-4170*
Hon. Vincent L. Briccetti
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York

Re: **United States v. Michael Duch**
Case No: 14 Cr. 303

Dear Judge Briccetti,

The above referenced matter was scheduled for sentencing on March 13. In order to allow sufficient time for Probation to interview my client and produce a report, I respectfully request an adjournment until anytime during the week of April 27, May 4, 5, 7, 8, or the week of May 11.

I have left a message for the Government and have received no response as of yet regarding this request.

Thank you for your attention in this matter. If you have any questions, please do not hesitate to contact me.

Respectfully submitted,

/s/
Sam Braverman

Cc: AUSA Michael Maiman
(Via fax: 212 637-2527)

*Handwritten annotation:* Sentencing re-scheduled to: 5/1/15 at 10:00 a.m. So Ordered. VBr, USDJ 2/10/15

---

901 Sheridan Avenue
Bronx, New York 10451
Tel (718) 293-1977
Fax (718) 293-5395

505 Eighth Avenue, Suite 300
New York, New York 10019
Tel (212) 967-0352
Fax (201) 596-2724

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724